UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TANYA SANCHEZ, individually and on behalf of M.S., her minor daughter, VINCENT SANCHEZ and DANIELLE BRIZENO,

    Plaintiffs,

vs.

ROSE SURRATT, DANNY SURRATT, SHIRLEY SEAGO, and JASON DAUGHERTY, in their individual capacities,

    Defendants.

CASE NO.: 2:13-CV-00444-KG-CG

### STIPULATED ORDER STAYING PROCEEDING DUE TO PENDING APPEAL

Having come before this Court on the parties' *Joint Motion for Stay of Proceeding Due to Pending Appeal* and upon stipulation of the parties, by and through their respective undersigned counsel, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this proceeding, including all discovery, shall be stayed pending the final outcome of Defendant Rose Surratt's appeal of this Court's *Memorandum Opinion and Order* denying Defendant Rose Surratt's *Motion for Summary Judgment Based on Qualified Immunity and Memorandum of Law in Support Therefor*.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by:**

HINKLE SHANOR LLP


By:  /s/  Chelsea R. Green  
    Richard E. Olson  
    Chelsea R. Green  
    Post Office Box 10  
    Roswell, NM  88202-0010  
    Tel:     575-622-6510  
    Fax:    575-623-9332  
    rolson@hinklelawfirm.com  
    cgreen@hinklelawfirm.com  

*Attorneys for Defendant Rose Surratt*


**Stipulated to by:**

BREGMAN & LOMAN, P.C.  
**APPROVAL RECEIVED VIA E-MAIL 12/4/15**  
By:  /s/ Eric Loman  
    Eric Loman  
    111 Lomas Blvd. N.W., Suite 230  
    Albuquerque, NM  87102  
    (505) 761-5700  
    Eric@bregmanlawfirm.com  

*Attorneys for Plaintiffs*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.  
**APPROVAL RECEIVED VIA E-MAIL 12/3/15**  
By  /s/ Andrew G. Schultz  
    Nelson Franse  
    Andrew G. Schultz  
    P.O. Box 1888  
    Albuquerque, NM  87103  
    (505) 765-5900  
    (505) 768-7395  
    nfranse@rodey.com  
    aschultz@rodey.com  

*Attorneys for Defendant Danny Surratt*

ATWOOD, MALONE, TURNER & SABIN, P.A.
**APPROVAL RECEIVED VIA E-MAIL 12/2/15**
By: */s/ Carla Neusch Williams*
    Bryan Evans
    Carla Neusch Williams
    Barbara Smith
    Aaron Holloman
    P.O. Drawer 700
    Roswell, NM  88202
    (575) 622-6221
    bevans@atwoodmalone.com
    cwilliams@atwoodmalone.com
    bsmith@atwoodmalone.com
    aholloman@atwoodmalone.com

*Attorneys for Defendants Shirley Seago and Jason Daugherty*