UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANYA SANCHEZ, *individually and*
*on behalf of M.S., her minor daughter,*
VINCENT SANCHEZ and
DANIELLE BRIZENO,

        Plaintiffs,

        vs.                            No. CIV 13-0444 KG/GJF

ROSE SURRATT, DANNY SURRATT,
SHIRLEY SEAGOand JASON DAUGHERTY,
*in their individual capacities,*

        Defendants.

### **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

     IT IS HEREBY ORDERED that a status conference will be held by telephone on

**TUESDAY, APRIL 25, 2017, AT 1:30 PM**.  Counsel shall call Judge Gonzales' Meet Me line at

505-348-2354 to be connected to the proceedings.  *This line can only accommodate up to five*

*telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity,*

*they must contact the Court immediately so that alternative arrangements may be made*.

 

 

                                                                                           _____
                                          UNITED STATES DISTRICT JUDGE