IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TANYA SANCHEZ, individually
and on behalf of M.S., her minor
daughter, VINCENT SANCHEZ,
and DANIELLE BRIZENO,

    Plaintiffs,

vs.                                                Civ. No. 13-444 KG/GJF

ROSE SURRATT, DANNY
SURRATT, SHIRLEY SEAGO
and JASON DAUGHERTY,
in their individual capacities,

    Defendants.

## ORDER VACATING MEMORANDUM OPINION AND ORDER (DOC. 34)

In accordance with the Tenth Circuit mandate issued on April 17, 2017, and the Tenth Circuit's Order and Judgment filed on March 24, 2017, the Court VACATES its October 22, 2015, Memorandum Opinion and Order (Doc. 34).

_____
UNITED STATES DISTRICT JUDGE