# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

TANYA SANCHEZ, individually and
on behalf of M.S., her minor daughter,
VINCENT SANCHEZ, and
DANIELLE BRIZENO,

    Plaintiffs,

v.                                              Civ. No. 13-444 GJF/KRS

DANNY SURRATT, SHIRLEY SEAGO,
and JASON DAUGHERTY, in their
individual capacities,

    Defendants.

## ORDER GRANTING MOTION TO RECONSIDER

This matter comes before the Court on Plaintiffs' "Unopposed Motion to Reconsider" ("Motion"). ECF No. 71. On September 8, 2017, the Court held a hearing on the Motion, at which counsel for Plaintiffs and counsel for Defendant Danny Surratt appeared. Having reviewed the record and entertained argument from counsel, the Court **GRANTS** Plaintiffs' Motion.

As a consequence, the Court **VACATES** its previously-filed "Order Granting Defendant Danny Surratt's Motion for Summary Judgment" [ECF No. 70].

The Court **FURTHER ORDERS** Plaintiffs to file their response to Defendant Danny Surratt's "Motion for Summary Judgment" [ECF No. 69] no later than September 11, 2017.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

1