# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

TANYA SANCHEZ, individually and
on behalf of M.S., her minor daughter,
VINCENT SANCHEZ, and
DANIELLE BRIZENO,

    Plaintiffs,

v.                                         Civ. No. 13-444 GJF/KRS

DANNY SURRATT, SHIRLEY SEAGO,
and JASON DAUGHERTY, in their
individual capacities,

    Defendants.

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, United States Magistrate Judge Kevin R. Sweazea is hereby designated to hear and determine all matters related to the appointment of a guardian *ad litem* and the fairness of the distribution of the proceeds from the settlement reached between the parties on February 16, 2018.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

1