UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TANYA SANCHEZ, individually and
on behalf of M.S., her minor daughter,
VINCENT SANCHEZ, and
DANIELLE BRIZENO,

    Plaintiffs,

v.                                                             Civ. No. 13-444 GJF/KRS

LEA COUNTY, NEW MEXICO,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court received the parties' "Stipulation for Substitution of Parties" ("Stipulation") [ECF No. 121] and Plaintiffs' "Motion to Dismiss Plaintiffs' Complaint With Prejudice" ("Motion to Dismiss"). ECF No. 122. In the Stipulation, the parties agreed to dismiss the previously named Defendants, Shirley Seago and Jason Daugherty, who had been sued in their individual capacities. Parties' Stipulation 1, ECF No. 121. Additionally, the parties agreed to the caption seen above, under the condition that Lea County, New Mexico, waived its Eleventh Amendment immunity from suit. *Id.*

Thereafter, Plaintiffs filed their Motion to Dismiss, wherein they move this Court "to dismiss their Complaint with prejudice," as "there has been an amicable settlement between the parties of all claims, causes of action and differences." Pls.' Mot. to Dismiss 1, ECF No. 122.

Having reviewed both the Stipulation and the Motion to Dismiss, and desiring to give effect to the parties' settlement, the Court **HEREBY GRANTS** Plaintiff's Motion to Dismiss.

**IT IS THEREFORE ORDERED** that the above-captioned cause is hereby dismissed *with prejudice*.

1

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*