UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TANYA SANCHEZ, individually and
on behalf of M.S., her minor daughter,
VINCENT SANCHEZ, and
DANIELLE BRIZENO,

    Plaintiffs,

v.                                                                                Civ. No. 13-444 GJF/KRS

LEA COUNTY, NEW MEXICO,

    Defendant.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the "Order of Dismissal with Prejudice" [ECF No. 123] entered by the Court on June 11, 2018, this Final Judgment adjudicates all existing claims and liabilities of the parties.

The above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*